IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SABRINA UHIREN**                                                             **PLAINTIFF**

v.                      Case No. **4:21-cv-00383 KGB**

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**                                         **DEFENDANT**

## ORDER

Before the Court is a stipulation of dismissal with prejudice filed by plaintiff Sabrina Uhiren and defendant State Farm Mutual Automobile Insurance Company (Dkt. No. 14). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. This action is dismissed with prejudice.

It is so ordered this 16th day of March, 2022.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge